# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

140677

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DAIMLER CHRYSLER SERVICES OF NORTH
AMERICA, LLC a/k/a/ DAIMLERCHRYLER
SERVICES NORTH AMERICA, LLC,
          Plaintiff-Appellant,

v                                                          SC: 140677
                                                           COA: 288347
                                                           Court of Claims: 04-000113-MT
DEPARTMENT OF TREASURY,
          Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the January 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010                                    _____
                                                                        Clerk

y0719